**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **VS.** | **:** | **CASE NO. 21-CR-406** |
| | **:** | |
| **LEONARD PEARSON RIDGE, IV** | **:** | |

**ENTRY OF APPEARANCE**

To the Clerk of Courts:

Kindly enter my appearance *pro hac vice* on behalf of Leonard Pearson Ridge, IV

in the above-captioned case.


/s/ Carina Laguzzi
**CARINA LAGUZZI, ESQUIRE**
**P**.O. Box 30095
Philadelphia, PA 19103
(215) 625-4547
(215) 625-4541 - Fax

DATED: 06/24/2021