**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| VS. | : CRIMINAL NO. 21-406 |
| | : |
| **LEONARD PEARSON RIDGE, IV** | : |

## MOTION TO SUBSTITUTE COUNSEL

AND NOW, undersigned counsel (appearing pro hac vice for Defendant Ridge) hereby moves pursuant to Local Rule LCrR 44.5 for substitution of local counsel. Defendant requests Kira West be withdrawn as counsel and Edward B. MacMahon, Jr. of 2600 Pennsylvania Avenue NW, Washington, D.C. 20037 be substituted as local counsel of record.

Respectfully submitted:

/s/ Carina Laguzzi

Counsel for Ridge
Carina Laguzzi, Esquire
P.O. Box 30095
Philadelphia, PA 19103

## CERTIFICATE OF SERVICE

      I, CARINA LAGUZZI, certify that on this 13th day of December, 2021, I have served a copy of the attached Motion for Substitution of Local Counsel via electronic filing, thus making it available for downloading and printing, upon the following parties:

| | |
|---|---|
| Michael Friedman<br>Assistant United States Attorney<br>555 4th Street NW<br>Washington, D.C. 20530 | The Honorable James E. Boasberg<br>U.S. District Court<br>333 Constitution Avenue NW<br>Washington, D.C. 20001 |
| Danielle Rosborough<br>Assistant United States Attorney<br>555 4th Street NW<br>Washington, D.C. 20530 | |
| Kira West<br>712 H St, NE<br>Unit 509<br>Washington, DC 20002 | |

                                                /s/ Carina Laguzzi
                                                CARINA LAGUZZI, ESQUIRE
                                                Attorney for Defendant Ridge

DATED:      December 13, 2021