To: The Honorable Judge Boasberg,
From: Leonard Pearson Ridge IV
Subj: Request for Leniency for Leonard Pearson Ridge IV

Dear Honorable Judge Boasberg,

I am Leonard Pearson Ridge IV and I was born and raised in Bucks County, Pennsylvania. I live with my parents Jill and Lenny Ridge and my brother Grant Ridge. I grew up in a loving home with caring parents and have a great relationship with my brother who was raised alongside me. As a child we would attend church, go on vacations, regularly participated in sports and other actives in church or school. My mom would teach Sunday school and vacation Bible School for many years which we attended as well. She has always played a very caring, nurturing, and educational role in my life. Many of my best character traits I have adopted from my mom. She has taught me to be kind, hardworking, and generous. My father has also played a pivotal role in my upbringing. I have always had a close relationship with my dad however, in the last few years we have grown closer due to me working at the family business and him teaching me the responsibilities and tasks need to run the business. Growing up, what he taught me catered towards my social skills, business management, financial literacy, and creativity.

I believe going church for all those years provided a strong and virtuous foundation to my morals and principles. This assisted me in school and other facets of my life. The teachings from church taught me discipline, forgiveness and faith. I have always tried to be generous and understanding to my friends and family. Also, I try to be a good role model for all of those who I surround myself with. I have many friends from all walks of life, some of whom I've known since elementary school.

I have meet many of my friends in school and have continued those friendships throughout my life. Many of my friends have found themselves in difficult situations before and I do what I can to help. It could be driving them to work, buying them food, giving them advice, or giving them someone to spend time with and talk to. Recently, a friend has been going through financial problems and he and his family lost their home. I helped with transportation, moving, and small things that he needed during this difficult time. I offered him to take showers or have at my house anytime. Also, I have given clothes and money to multiple friends who find themselves in similar situations. I have always been taught to treat people how you would like to be treated, so I always try my best to give people respect and understanding. Both of my parents were raised in financially struggling homes and both of them have taught me to value what you have but to always be generous to those in need.

I understand I had lapse in judgement when I enter the Capital on Jan 6th. I did not plan for any of this. I went to Washington DC to join a protest and listen to President Trump. I learned that protest should be peaceful and not what they turned into on Jan 6th. I did enter the Capital which was very wrong and I am very sorry. I could never see

myself doing something like that ever again. I have never done anything like this ever before and have learned a valuable lesson. I feel truly remorseful because the protest that I participated in turned into something that caused injury and loss to many people and damage to a historic symbol of our nation. I hopeful that you would show me leniency and mercy in my sentencing. I appreciate the time you took to read my letter.


Sincerely,
Leonard Pearson Ridge IV

I would like to convey some thoughts about my nephew, Pearce Ridge, to consider for his sentencing. I held him as a baby and watched as my daughters were so thrilled to have a cousin to play with. He has always been respectful, quiet and reserved. A person who appeared to watch others around him and take it all in before responding. He has a keen mind and likes  to play video games with his friends. He seems to enjoy learning, especially his interest areas and spoke of taking business classes in college.  My family lives in another state and we are able to visit only once or twice a year. I was shocked to learn that he was swept up into the crowd that entered the Capital building. This is inconsistent with how he was raised. Although I haven't seen him since this incident, I understand that he regrets his involvement. I hope that he is given mercy. He has so much potential to contribute to the community, family and friends, if given the chance.

Sincerely,
Diane Ridge

**Carina Laguzzi**

**From:** Debbie Ridge <dridge25@comcast.net>
**Sent:** Monday, November 15, 2021 12:26 PM
**To:** Carina Laguzzi
**Subject:** Carina Lagussi, Esquire for Pearce Ridge

Dear Judge Boasberg,

My name is Debbie Ridge. I am writing to you about Pearce Ridge. I am Pearce's Aunt and I have known him since he was born. Pearce is the kind of kid who is always there to help. He enjoys spending with friends and family! At our large family gatherings, Pearce is the one helping the eldest of us in and out safely. He is the one engaging the younger cousins in video games or a game of basketball. He is the one that will sit and talk to the grandmothers and aunts and uncles to hear about old times in the past. He enjoys a lively discussion and even a few terrible jokes as his grandfather did.

I know that Pearce is sad and sorry for what happened. He told me this on more than one occasion!!! I am asking that you show leniency and take into consideration that at 19 years old, kids don't know who they are or what they want and are impressionable. Getting caught up in something and making mistake should not define his life.

Pearce has many friends and family that are there in support for him. I know going forward Pearce will live a positive and worthwhile life. Thank you for taking the time and for your consideration.

Sincerely,
Debbie Ridge

1

**Carina Laguzzi**

From:
Sent:              Monday, November 15, 2021 12:56 PM
To:                Carina Laguzzi
Subject:           George <ciottigeo@aol.com>
                   Leonard P. Ridge

TO ; Honorable Judge Boasberg
Subject; Leonard Pearce Ridge iv
Reference: Character REF.

My Name is George F Ciotti, I am retired from Aqua America Water Dept.
( Water treatment@ Neshaminy Falls Plant)

My spouse ( Jean )is deceased after a lengthy illness. Carole Ridge assisted me in the hospice care for several
years, prior to Jeans death..

Pearce's Grand Mother (Carole Ridge) was hospitalized last year!! and upon discharge did not have a safe
environment to return to after rehab treatment. I offered my home since it was modified for handicapped access.
I am 80 years old, and so is Pearce's Grand Mother (Carole) we both are being treated for hart conditions, diabetes,
and pulmonary conditions. We are grateful for Pearce's delivering grocery's ,meals, home repairs ,trash and recycle,
delivering prescription's to us ,transportation to appointment's, (Carole does not drive.)    His demeanor is most
respectful, he is most courteous and patient to older people.    Pearce is sympathetic to us older family members, in
our advanced years of life when strength and vigor decline!" Pearce's respect is comforting."

Please keep these things in mind when you make judgment on his moment of indiscretion.
                                                    Very Respectfully yours,

                                                    George F Ciotti
                                                    3013 Essington Way
                                                    Bensalem PA 19020
                                                    215-245-7668

1

**Carina Laguzzi**

**From:** Debbie Ridge <dridge25@comcast.net>
**Sent:** Monday, November 15, 2021 2:51 PM
**To:** Carina Laguzzi
**Subject:** Letter for Pearce Ridge

Dear Judge Boasberg,

I am Jon Ridge the Uncle of Pearce Ridge. I want you to know that I believe that Pearce is very sorry for what happened and has learned a lot. I have known him since he was born and I see him every day at work. We have had many conversations about what happened and how it was such a big mistake. Pearce wishes he would have never walked inside or even gone to the rally at all. He was only 19 years old and naïve. Following the crowd is a mistake he'll have to live with for the rest of his life, but I hope it won't dictate the rest of his life. I am asking for leniency for my nephew who is a hard working young man. He comes to work every day and tries to be all he can be. When he is beyond this, he will then be able to move on with family and friends and live a positive, productive life.

Thank you,
Jon Ridge

1

## Carina Laguzzi

**From:** Valerie Ridge <hiking14@me.com>
**Sent:** Tuesday, November 16, 2021 1:31 PM
**To:** Carina Laguzzi
**Cc:** Val Ridge
**Subject:** Leonard Pearson Ridge IV

Dear Judge Boasberg,

I must first begin by saying I believe our Capital Building is hollowed ground and what happen on Jan 6th was absolutely disgraceful and quite frankly a low point in this nations history. As a former police officer I watched in angst as my brothers and sisters in blue were attempting to protect this hallowed ground.

I'm not writing this saying my nephew Pearce is totally innocent. I do however believe this young adult got caught up in the events leading up to entering the Capital building. Pearce is a very bright young man who I believe has a promising future.. It's my opinion and only my opinion that incarceration is not the most beneficial avenue for him. However, I do believe having him serve community service at a VA hospital would be incredibly eye opening. Let him see what true patriots/hero's look like and not the one the one individuals who influenced him on Jan 6th.

My nephew is truly a good young man and regrets his actions on Jan 6th. I ask you to please have leniency on him when deciding sentencing. Please don't hesitate to contact me with any questions you may have.

Thank you for your consideration.

Val Ridge
Cell 215-620- Sent from my iPhone

1

**Carina Laguzzi**

From: Jeff Ritter <dana10383@icloud.com>
Sent: Tuesday, November 16, 2021 10:15 AM
To: Carina Laguzzi
Subject: Leonard Pearson Ridge

This short letter is a request for leniency for Leonard Pearson Ridge. I have known Pearce since his birth and I'd like to share a little more about him and his wonderful family.

I'm not a relative to Pearce. His mother, Jill, is my childhood friend. Jill is a sister to me and has been there for us through the good and bad. We remain close to her and her family. Pearce was raised by two amazing parents who work very hard everyday to make sure their kids have a happy upbringing. Both parents are very much involved in Pearce's life. He lives in a Godly home. His parents are loving & kind humans. Pearce is reliable, intelligent and honest. He has always work hard for the things he wanted. He very well knows right from wrong. He did enter the capital on January 6, 2021 in Washington, D.C. Since then, he has admitted that he was wrong, and he deeply regrets his actions on that day. Pearce has learned his lesson. He knows that his actions have repercussions. I'm certain that Pearce will never

be apart of something like this again. Thank you for taking your time to read my petition.

Truly yours,
Dana Ritter

2

To: The Honorable Judge Boasberg

From: A. Lynn Walsh

Date: November 14, 2021

Re: Character letter for Leonard Pearson Ridge, IV

Dear Judge Boasberg:

This short letter is a request for leniency for Leonard Pearson Ridge. I have known Pearce since his birth and it is my privilege to be able to tell you a little about him.

I am not a blood relative to Pearce. His mother, Jill, was a friend and classmate of my younger daughter. Jill lived with us for two years while she was in high school and calls me "Mom". I consider myself her surrogate mother and have remained close to her and her family for all the years since she lived with us.

Pearce was raised by two hands-on hardworking parents who were BOTH involved in his upbringing. He lives in a good home. His parents are loving and kind, God-fearing and good citizens. Pearce is reliable, industrious, intelligent and honest. He knows the value of a dollar and has always worked to earn extra money for things he wants. Pearce knows right from wrong. He has also been brought up to stand up for what he believes in, and, because he believed in what President Trump said, thought he was doing the right thing in attending the rally in Washington on January 6, 2021. In his naivety he viewed himself not as an insurrectionist but as a patriot. He did enter the capital and has admitted that he was wrong, and he deeply regrets his actions on that day.

Pearce has certainly learned his lesson. He knows that actions, however seemingly innocent, have repercussions, and that change should only come about within the law.

I am certain that Pearce will never be a part of something like this again, and for these reasons I humbly request that you have mercy when sentencing him.

Thank you for taking the time to read this petition.

Very truly yours,

A.   Lynn Walsh

**Carina Laguzzi**

| | |
|---|---|
| **From:** | George <ciottigeo@aol.com> |
| **Sent:** | Tuesday, November 16, 2021 9:15 AM |
| **To:** | Carina Laguzzi |
| **Subject:** | Leonard Pearce Ridge |

To: Judge Boasberg
From: Carole May Ridge
Carole does not have a computer
she is using George Ciotti's computer
and may recieve E-Mail at this E address
215-245-7668 (temp Phone)

11/16/2021

I am Carole May Ridge, Mother of 4 adult children and 6 grand children.( I am 1/2 owner of " Top of the Ridge Mobile Home Park)

Pearce Ridge is my eldest grand son.

As his Grandmother I have been in his life since  his birth. Pearce has always been a big part of the family fabric that has kept the ridge family together.

He is presently an apprentice to the Park Business in the maintenance dept ,book keeping, ,rent receipts, bank deposits etc. He is dependable ,honest and efficient.

Because of his Arrest of 01/06/2021 ,he has not pursued his college enrollments,and is working in the family business. I hope and pray the present interruptions will not interfere with his continued sucessfull life.

...

Carole May Ridge
1638 Gibson Raod
Bensalem PA 19020

1

**Carina Laguzzi**

| | |
|---|---|
| **From:** | Malcom Ridge <ridgemalcom@gmail.com> |
| **Sent:** | Tuesday, November 30, 2021 12:56 PM |
| **To:** | Carina Laguzzi |

Dear Honorable Judge Boasberg,

I am Edward M. Ridge, I am Leonard Pearson Ridge's Great uncle. I have known Pearce my entire life and remember the day he was born. I am 78 years old and a Vietnam veteran and I know that Pearce loves his Country. Me and Pearce have done many things together so I am aware of his character and personality. As he was growing up I would take him fishing in New Jersey. We would fish and he would help me around the boat with me and his father. Pearce has always been respectful to me, his family, and his elders. Pearce helps me with Computer issues, investing, and daily tasks around the office. I have worked with Pearce for some time now at our family business and he has shown devotion, work ethic and kindness to everyone in the office. Pearce is always helpful on jobs with my employees in the park and works hard every day. He has also developed very good people skills and is very helpful and always polite to our tenants. I always appreciate the people in my life who help me every day and I can cofindetely say Pearce is one of those people. Our family business that we run is a mobile home park and you encounter many people from all walks of life. This has taught Pearce to be considerate and how to deal with many different types of people from all backgrounds. Pearce has also shown gratitude for all the things in his life and values everything given to him. Pearce loves his family and is present in family life. I have seen how Pearce takes care of his grandmother as well who has had many health complications recently and I know he would take the time out for anyone in his family who needed it. In summarization I believe that Pearce is a person of truly good character and I believe he shows that through his actions. I know Pearce has learned a lesson from this experience and know he would never do something like it again. I know he regrets his actions and wishes to move on from it. In saying this your honor I hope you show Pearce some leniency and mercy. I appreciate the time you take to read this letter and hear what I have to say about Pearce.

Sincerely, Edward M. Ridge

1

## Carina Laguzzi

**From:** Francis Spires <spirfr@centennialsd.org>
**Sent:** Tuesday, November 30, 2021 1:20 PM
**To:** Carina Laguzzi
**Subject:** Pearce Ridge Trial Letter

Good morning Judge Boasberg,

My name is Frank Spires, 70 years old and I am a neighbor who lives next door to Mr. Pearce Ridge. I was a Philadelphia Police Sergeant for 42 years and now work as a Safe Schools Officer for the Centennial School District in Southampton, Pa. I also served 14 years in the Army and Air Force reserve and left the military with the rank of E-7 Technical Sergeant. I hope seeing all of this and with many people under my command shows that I am a good judge of character of people.

I have known Pearce for 5 years now and I can judge that this young man is of good character. He has good parents who really keep him in line and is respectful to all of his neighbors. This young man is pleasant to speak to and is well versed in speaking.

I have a couple of stories that I could tell you that show that this person is not a disrespectful person or some tuff guy trying to make a name for himself. This story is of a person of compassion. It was about 3 years ago now that I had to put my dog Casey down due to cancer. I was sitting on the grass in front of my house playing with Casey for the last time as she was being put to sleep in the next few hours and a car pulled up next door with Pearce's friends in it to pick him up. He walked out his front door and saw me sitting on the grass crying. Pearce walked right over to me and asked what was wrong and I told him. He sat down next to me, we were talking for a bit and his friends started to beep the car horn. He yelled to them that he was talking and would be there in a minute. He left me with "Mr.

Frank, if you need anything or need to talk here is my phone number feel free to call me", he got up and left with his friends. Your Honor, this really impressed me and to this day I will never forget what this kid did. He chose to make sure I was OK before his friends.

This is not a person that is bad, a terrorist, a person who hates and wants to overthrow the government. Your Honor, Pearce and I talked about my military and police careers and he said he respected what I did for our Country and the citizens of the United States. He talked about his love for his/our Country and the freedom that we all have.

Not any talk from him at all of how bad this Country is and we should burn it down and overthrow our government.

Your Honor, I saw that Pearce was arrested in Washington, DC in the papers and I knew this is not the Pearce that I know and respected.

I saw Pearce standing outside after his arrest and he walked over to me and I asked him what the heck happened. He said to me Mr. Frank, I am a Trump supporter and went to Washington to support our President. I was in the march when the crowd of marchers went towards the Capitol Building and I followed them all. They went up the steps and I followed, they went into the building and I followed. He also said he was in the middle of the crowd and that at any time he did not push past any Police Officers or Capitol Security Officers, they stood back and let them all in. I said to him, You know this was wrong and he said that at the time he didn't stop to think that it was wrong only that it would be cool to go into the Capitol Building. Your Honor, in all of my years in law enforcement I know that this kid was telling me the truth, that he just followed the crowd and wanted to enter the building to be one of the guys. He also said that now he knows what he did was wrong and that if he was in this situation again he learned his lesson and would never do it again. Judge, I believe him.

Your Honor, I don't know if Pearce is charged with a Felony or a Misdemeanor but if a Felony could you please look into the case and feel in your heart that this Felony will follow this young boy for the rest of his life. A mistake that he made at such a young age. That this young boy was just a follower and not a leader at all. Could you please lower the charge to a Misdemeanor or a Summary offense. And again your Honor you know if there is any jail time they (the

prisoners) will chew this kid up. I and You know they will, so again can you give him community service time. He did wrong and community service time will wise him up. Your Honor, You will know how many hours should fit the crime. I just hate to see such a young boy have a Felony hanging over his head for the rest of his life. Again your Honor, if it's a Misdemeanor can you lower it to a summary? I know I'm asking a lot but it's for this kid's life that he has to live till he dies. And with some of these charges he could never get a good job to support his future family.

That you Judge Boasberg for taking time to read this long letter.

Being a 42 year veteran of the Philadelphia Police Department, if I felt that Pearce did this on purpose or he was a bad kid I would never have written this.

Thank You,

Frank Spires
Safe Schools Officer
Klinger Middle School
1415 Second Street Pike
Southampton, PA 18966
Spirfr@centennialsd.org

2

Sharon M. LaMont
1836 Cynthia Lane
Feasterville, PA 19053
(215)962-3053

November 29, 2021

Dear Judge Boasberg,

I am writing on behalf of Pearce Ridge. I have known Pearce for 5 years and have enjoyed watching him grow into a friendly and confident young man. Pearce has always been an outgoing and responsible young man; often watching over his younger brother. He has been an excellent neighbor; always willing to help other neighbors. He is friendly and outgoing. We were very surprised to hear of his participation in the January 6, 2021 incident at the United States Capital Building. I have volunteered to write this letter of reference on Pearce's behalf as the individual depicted is not the Pearce that we know. I understand the seriousness of this matter; however, I hope the court will show leniency.

Pearce Ridge has always been a trustworthy member of our community. We live on a cul-de-sac in a small township and are all very friendly. We care for our neighbors and have always enjoyed spending time with them. A few years ago, I had spinal surgery and had to relearn to walk. While rehabilitating, I was often home during the day alone. Pearce and his family checked in on me, dropped off meals and did tasks around the house for me. I can not tell you how much I appreciated their efforts. Pearce was incredibly helpful and for that I will be forever grateful.

Pearce is a respectful young man. While it is unfortunate that he has made some bad decisions; thus resulting in this case, I don't know anyone who can not look back and reflect on decisions they wish they could change. He is ready to accept responsibility for his actions and has shown sincere remorse for his participation. He has expressed his regret and understands the serious nature of his actions. I believe that as we move forward, he will emerge a better person.

It is my sincere hope that the court takes this letter into consideration at the time of sentencing. Despite the current case, I still believe Pearce Ridge to be an honorable individual, a valuable member of our community, and a good human being. Thank you for your consideration.

Sincerely,

*Sharon M. LaMont*

Sharon M. LaMont

## Carina Laguzzi

| | |
|---|---|
| **From:** | Lisa Hallman <lisa4481@aol.com> |
| **Sent:** | Wednesday, December 1, 2021 12:34 PM |
| **To:** | Carina Laguzzi |
| **Subject:** | Request for leniency for Lenord Pearson Ridge, IV |

Dear, Judge Broasberg,

This letter is to request for leniency for Leonard Pearson Ridge. I've know Pearce since his birth and I want to share what I know about his lovely family. I am not a relative to Pearce. His mother, Jill, is a childhood friend. Jill is like a sister to me. We remain close to this day. Pearce was raised by two loving parents. Both parents are very involved in Pearce life. He is reliable and intelligent kid. Pearce was brought up to stand up for what he believes in and very well knows right from wrong.

He entered the capital on January 6, 2021 in Washington. Since then, he has admitted that he was in the wrong, and he is deeply regrets his actions on that day. Pearce has learned his lesson. He knows his actions have repercussions. I am very certain Pearce will never be apart of something like this again. Thank you for your time to read my petition.

Truly yours,
Lisa Hallman

1

Dear Judge Boasberg,

    I am writing to you today in reference to my neighbor, L. Pearce Ridge IV. I understand his sentencing date is approaching, and I wanted to try to describe Pearce to you as I see him. Pearce and his family moved in next door in January of 2016, he has always been a respectful, conscientious young man. He shows a strong work ethic, and always presents himself in a professional manner. I truly believe that on January 6th, 2021, Pearce did not have any intent on breaching the Capitol building in any way. It is my understanding that he went there to be part of a patriotic endeavor that he truly believes in, and got engrossed in a movement as it was happening around him. I credit him to be regretful for his actions that day. I also feel that Pearce understands the graveness of this situation and the effects it will have on his future. I would like to conclude this letter by saying thank you for your time in allowing me to convey to you how I see Pearce Ridge as a neighbor and friend. Any consideration this letter can provide is greatly appreciated.  Should you have any questions for me, my contact information is below. Enjoy this holiday season.


Sincerely,


Susan M. Spires

1839 Cynthia Lane

Feasterville, PA. 19053

215-768-1939

Smw4512@gmail.com

Dear Judge Boasberg

I would like to take a minute of your time and tell you a little bit about Pearce Ridge. I met Pearce in the winter of 2016 when his family moved in across the street from us. The Ridge family fit right into our cul-de-sac community. Pearce is the same age and grade as my twin girls. They went to the same school, and he would walk with my girls to the bus stop. Pearce has always been that kid on the block to help where needed. When it would snow all the neighbors would band together and do all the side walks and the older people's houses so they wouldn't have to come outside.

Being a Law Enforcement Officer for the County of Bucks and at the time when they moved in, I was the Fire Chief of The Lower Southampton Fire Department Pearce was always interested in the emergency services field and would ask question about it. We would run into one another at the local gym and always have great conversations about life.

Once Pearce was arrested and charged for what he did he made a point to come to me and apologize. The conversation we had I could tell right away he wasn't apologizing for getting caught like you see with most kids. He saw how his actions were wrong and how sorry he was for what he did. Out of all the years knowing this great kid I would hate to see one bad day of poor decision-making ruin his life. I hope you can see the good kid he is and not the one day of bad choices he made. If you have any questions for me, please feel free to contact me.

Thank you

Steven Krippel

267-688-6288

## Carina Laguzzi

**From:** Jenna O'Neill <jennamarie517@gmail.com>
**Sent:** Thursday, December 2, 2021 5:43 PM
**To:** Carina Laguzzi
**Subject:** Letter for Pearce Ridge

Dear Judge Boasberg,

I have written this letter on behalf of Leonard Pearson Ridge IV, requesting that there is some form of leniency in his case. My name is Jenna O'Neill and I am Pearce's girlfriend. Pearce and I had met while in highschool over two years ago. In the beginning of our relationship, I remember how engrossed in history he had been. He loved talking to me about current events, and spoke for hours about today's issues and news. There had even been points in time where he'd even help with my history homework. I was surprised at how much information he had and how easily it came to him. Within these past two years I've seen the ins and outs of who Pearce really is.

Pearce is someone who I am proud to know and associate with. He is kind to everyone he meets, devotes time and energy to his family and friends, and is intelligent. After introducing him to my family, they immediately loved him. They saw how polite, talkative, and how responsible he was and had no issue with me being around him. There would be times in which he and I would go down the shore to my aunt and uncle's beach house, where they would give us the keys and entrust him and I to watch their home. They would constantly ask me when I was going to visit and bring Pearce along. Pearce is someone that my family and I adore, and my family trusts Pearce to keep me safe.

Pearce has made many mistakes, however he is the type of person who learns from them. He's talked to me many times on how he didn't know something this big would happen, from the originally peaceful protest he had attended; Along with how the actions of himself and others were wrong. He thought he had been doing the right thing in attending the rally in the best interests of the former president, but was surely mistaken.

1

Anyone who personally has met and gotten to know Pearce, knows he is not a violent person. He had never hurt anyone, but by being a part of that crowd he knew he had still done wrong that day.

Pearce has changed a lot from what I've seen these past few years and he knows that actions do have consequences, and he had done the wrong thing. He knows that these are serious mistakes made, but these terrible mistakes does not mean that Pearce is a terrible person. He will never be involved in something as such again, and he regrets every single moment that day. This is why I ask of you, Judge Boasberg, to give some form of leniency to Pearce.

Thank you for your time,

Jenna O'Neill

2

To: The Honorable Judge Boasberg,
From: Leonard P. Ridge III
Subj: Request for Leniency for Leonard Pearson Ridge IV

Dear Honorable Judge Boasberg,

I am Leonard P. Ridge III, father of Leonard Pearson Ridge IV, who my wife and I call Pearce. He has a younger brother named Grant, who he is very fond of. Our family has lived in Bucks County over twenty years in Feasterville. Pearce is proud to be a part of his family and works hard to do so. Pearce is a kind hearted, respectful, family oriented, young man who always makes time to help and support family members, the community and even strangers.

I work in a family business that was established in 1970. Pearce started working here after graduation with aspirations to make it more successful by introducing computers and other technical advancements. He understands that he has to work hard the learn to business and is willing to do so from the bottom up. Pearce has shown patience with the many cultures that make up our community in the mobile home park.

The mobile home park comprises of many people who were born in many countries like Mexico, Puerto Rico and Jamaica. He knows the many obstacles like language and culture will be a challenge for him. The respect he shows with the tenants will help him grow with the community. In my opion I believe that Pearce will thrive working at the mobile home park, which is family operated. He has shown kindness and patience which are essential in running this business. I must where many hats such as a counselor, accountant (help tenants with budgets), maintenance (help with repairs), and defuse situations before they escalate thus, I am teaching Pearce these skills. Only with understanding the many facets of the business and gaining experience will there be continuing success.

Pearce has been through many hurdles in the last twelve months. The Capital incident has caused Pearce to experience many sleepless nights. He is remorseful and has tried to learn from these difficult experiences. Trespassing on Federal property is not something he intended to do.

Pearce has been reflecting on this past year and has strived to help people in and around the community. He has been a big help in providing rides to school for his brother, Grant. The knowledge of his computer skills has greatly helped his Great Uncle Malcolm Ridge with his financial investments and managing his portfolio. Pearce goes out of his way to help his sick grandmother, Carole Ridge with errands she desperately needs since she is unable to drive. Friends look up to Pearce with advice and help. Many are financially challenged which he tries to help when he can.

Jill and I know that Pearce made a serious mistake and will never do anything like this again. I think Pearce will seek to correct his short comings and be someone to be proud of and a pillar of our family, community and country.

As Pearce's dad, I will always stand by his side so he is never alone. I love my son unconditionally and I hope and pray that you will give him a chance to redeem himself. Thank you for your consideration for leniency and mercy.


Sincerely,
Lenny Ridge

To: The Honorable Judge Boasberg,
From: Jill Ridge
Subj: Request for Leniency for Leonard Pearson Ridge IV

Dear Honorable Judge Boasberg,

     I am Jill Ridge, mother of Leonard Pearson Ridge IV. We call him Pearce. Pearce is my first-born son. Pearce is a kind hearted, respectful, family oriented, God-fearing young man who always makes time to help and support family members, the community and even strangers. As Pearce's mother, I have witnessed Pearce display countless acts of kindness and thoughtfulness. Allow me to describe a few recent events that embodies Pearce's good-natured personality.

     My immediate family is plagued with Huntington's Disease (HD) which is a devastating, hereditary, fatal disease. Huntington's Disease causes deterioration in a person's physical, mental, and emotional abilities, usually during their prime working years, and currently has no cure. Huntington's Disease changes you completely and affects personality, mood swings, depression, forgetfulness, impaired judgment, unsteady gait and involuntary movements. Each of my four siblings and myself as well had a fifty percent chance of inheriting this horrific disease. Three out of five of us inherited Huntington's Disease. Some have described Huntington's as having ALS, Parkinson's, and Dementia all at once. My youngest brother Richie experienced his onset when he was 32 and he died at the age of 49. During those years, Richie would often stay with us due to the hardship of the disease on his wife and children. Pearce played a major role in assisting with Richie's care, and emotional care of his cousins. Pearce would spend time with his uncle and having conversations because they shared and developed many common interests. Pearce would help his uncle with his food and drink to avoid spills and accidents. I observed Pearce doing so to allow Richie to maintain his dignity.  He would also play video games with his cousins, Richie's children, and discuss the challenges of living with Huntington's Disease. I talk with my boys to explain the difficulties of Huntington's and how it can affect families so that they could be a good support system for their cousins.

     We would visit my brother often over the years, helping Richie with money, food, or whatever was needed because of his Huntington's Disease. Pearce has helped him in many ways from simple things as having a conversation, helping him get dressed or getting him something to eat. Also, Pearce would help Richie build camp fires in his back yard which brought much joy to my brothers restrictive. He would chop wood and build fires for my brother. Sitting by the camp fire and talking was one of my brother's favorite things to do and Pearce helped this happen when we visited. Pearce would also watch movies or tv with Richie. This may not seem like much but this brought so much to my brothers' life.

     Pearce is very helpful and caring. He helps his paternal grandmother, Carole Ridge many times each week. He picks up prescriptions, food, household items, and runs any errands. Also, has driven her to a doctor's appointment or any other

appointment. Pearce is genuinely enjoys spending time talking to his grandmom. Pearce has developed a special bond with his grandmom and demonstrates love and respect for the elderly.

Pearce currently works with his Great Uncle Malcolm who is getting older and is experiencing difficulties doing things he used to. He helps his great uncle every day. Pearce puts his family first and helps where he can. He also helps him with his financial portfolio and has educated him in other forms of financial investments. Malcolm and Pearce have grown very close over the last two years.

Pearce and his younger brother, Grant are very close and have grown closer over the past few years. Pearce takes his responsibility of being the older brother to heart. He mentors Grant about the proper techniques of weight lifting, exercise and eating healthy. As a mother, this bond between my children brings me great pride. Additionally, he picks up his brother every day after school. There is school bus driver shortage and this helps his father so he can remain at work longer.

With the death of my father in January 2020, I decided to take on fixing and selling my father's house. This was only possible with the support from my husband and children. I was hesitant due to the very poor condition of the house; I knew I could count on my family which Pearce was instrumental with assisting me. Pearce helped me a great deal with the removal of large amount of trash, furniture and junk. It took weeks to remove all the trash, furniture, carpet, appliances, mattresses and so much more from the three floors in the house and garage. He encouraged me that I could take this large project on. Additionally, he helped with cleaning out the house, demo, painting, sanding, cleaning up after contractors, picking up supplies and so much more. Pearce helped transformed a complete fixer upper into a beautiful fully renovated house. Regardless of the amount of work Pearce never gave up and instead he was a beacon of encouragement.

We were blessed to enjoyed a family trip to Hawaii. When Pearce visited Pearl Harbor at the US naval base near Honolulu, he felt an overwhelming sense of solemness due to thousands of people who died. It was in this moment that Pearce realized that freedom is not free and our military should be respected and thanked for their sacrifice. As a US Navy veteran, I am very proud Pearce realizes the sacrifices the military makes every day and his patriotism.

Academically Pearce was a good student. He is a very smart young man and he has a bright future. He is working at the family business and wants to help grow it into the future by introducing computers and other technical advancements. He has worked there since high school. Currently he works full time and is learning a great deal about the business. He is learning how to work with people from different cultures and developing listen skills, which will make him a good future manager. Also, Pearce is not afraid to get his hands dirty by rolling up his sleeves by learning how to fix water and sewer lines and perform other maintenance tasks. Even through this is Pearce's family business he humbly accepts all tasks assign to him. In the near future, Pearce will go to

college and major in business. He wants to use his degree to improve the family business. He did not go to college straight out of high school due to COVID and online classes. Also, he was unsure about this case and wants to put it behind him then plans to attend college.

Pearce's paternal grandfather passed in away September 2009. At the age of eight, Pearce spoke at his funeral. As a young boy, he displayed bravery by speaking in front of a very large crowd. His courage came from his love and strong feelings for his grandfather. He shared many experiences with his grandfather. Afterwards he said he was nervous but glad he spoke during the funeral. Pearce's love and closeness for his family is a common theme throughout his life.

I know Pearce is remorseful and regrets what he has done because I find him up in the middle of the night sitting in the living room or sometimes, he is up walking around the house. He is very nervous and anxious and sometimes pace back and forth. Pearce is a calm person but sometimes he will raise his voice and get upset. The stress of this is really getting bad at times for all of us, especially Pearce.

As Pearce's mom, I will always stand by his side so he is never alone. I love my son unconditionally and I hope and pray that you will give a chance to redeem himself. He knows he made a mistake and is very remorseful. I am sure he has learned his lesson and will be mindful of our countries laws so that he can abide by them. Thank you for your consideration for leniency and mercy.

Sincerely,
Jill Ridge

To Judge Boasberg,

This letter is in regards to Pearce Ridge. I have know Pearce all of his life. Pearce has always been kind, polite and respectful. I know Pearce feels sorry about what happend. He told me so. I would trust Pearce with the keys to my house.

Kind Regards

Michele Lilly

Linda L. VanDyke
21325 Thimbleweed Ct
Ashburn, VA 20147

December 3, 2021

Dear Honorable Boasberg,

I am writing on behalf of Leonard Pearson Ridge IV in advance of his sentencing in your court. I am a retired U.S. Naval Officer and I currently work as an executive within the Department of Defense in the National Capital Region. I take what happened at the U.S. Capitol very seriously, and do not dismiss nor condone what transpired.

I am a close friend of Pearce's family, and I have known him since he was a baby. I have watched him grow up and become a young man. I have young adult children myself and know they sometimes do not make the most logical, rational decisions. Clearly, that is the case with Pearce's actions on Jan 6th.

Pearce and his entire family are devasted by the developments of Jan 6th and his part in those events. I recently stayed with the family for a few days in July 2021. Pearce is a respectful, polite, genuine young adult, with solid connections to his family, friends, and community. It was obvious through his words and actions that he regrets having gone into the U.S. Capitol, both because it was unlawful and because of the pain and trauma it has brought his family. If he could go back and change it, I am certain he would.

I respectfully request leniency and compassion in considering Pearce's sentence. The events of the day and the impetus of the crowd took him somewhere he never intended to go. This resulted in one act of poor judgment he will have to live with for the rest of his life. He has learned from this egregious error in his early adulthood. I know Pearce is a decent, honorable young man. He is a dependable individual who I would entrust with my family and my home. Please consider that as you determine his sentencing.

Thank you for your time and consideration.

Very respectfully,

Linda L. VanDyke

**Carina Laguzzi**

| | |
|---|---|
| **From:** | Christine Cronauer <cac0605@yahoo.com> |
| **Sent:** | Saturday, December 4, 2021 3:53 PM |
| **To:** | Carina Laguzzi |
| **Subject:** | Character/Sentencing Letter for Pearce Ridge |

Carina Laguzzi,

Below is my character/sentencing letter for Leonard Pearson Ridge IV.

Regards,

Christine Cronauer

_____

December 4, 2021

Christine Cronauer

7705 Brocklehurst Street

Philadelphia, PA 19152

Dear Judge Boasberg,

My name is Christine Cronauer and I have known Pearce Ridge since he was born. I am close friends with his mother, we met in our 10th year in high school.

I am aware that Pearce attended the rally on January 6, 2021, where Donald Trump was speaking and later went and entered the Capital building unlawfully. Pearce has relayed to me that entering the Capital on January 6 was a mistake and an error in judgement. It will be something he will regret doing for the rest of his life and something that is constantly on his mind. If he could live that day over again, he would not have entered the building.

I was in the delivery room when Pearce was born and have watched him grow into the young man he is today. Pearce is a very thoughtful and kind person. He is caring and always willing to help others. I have had the pleasure to babysit Pearce and his brother when they were younger and Pearce was always right by my side helping feed his brother and changing diapers. Whenever I see Pearce, he makes a habit of taking some time to catch up with me and make sure I am doing well and update me with what is going on his life. Pearce always shows a deep love for his family and friends.

Kind regards,

Christine Cronauer

2

To: The Honorable Judge Boasberg,
From: Roman Javadian

Subj: Request for Leniency for Leonard Pearson Ridge IV

Dear Honorable Judge Boasberg,

I am Roman Javadian, a long-time childhood friend of Leonard Pearson Ridge IV and we have known one another since elementary school.  Pearce is a kind hearted, respectful, family oriented, person who always tries to help anyone who needs it. Pearce is always trying to improve himself and his friends like going to the gym, improving his diet and financial situation. He also loves his country very much.

Pearce is young and sometimes we may make mistakes as a young people and let others influence us. He did not go to the Capital on Jan 6th with any malice that day but thought he was supporting his then President Trump. He realizes that this was a mistake and wish he had not gone that day. He did help others that day who were mace by giving them water and wiping their eyes. I hope you will consider leniency.

As Pearce's friend, we will always be friends and respect one another. I hope and pray that you will give him a chance to redeem himself. Thank you for your consideration for leniency and mercy.


Sincerely,
Roman Javadian

To: The Honorable Judge Boasberg,
From: Christopher Chamberlin

Subj: Request for Leniency for Leonard Pearson Ridge IV

Dear Honorable Judge Boasberg,

I am Christopher Chamberlin, a friend of Leonard Pearson Ridge IV and we have known one another since high school. Pearce is a kind, modest, family oriented, person who always tries to help anyone who needs it. Pearce is always striving to do the right thing. He is a motivated and an ambitious person and is always trying to improve himself. He is always willing to help others or to help in any situation.

We are just starting out in life and are young, sometimes we will make mistakes as young adults and let others influence us. I think Pearce did not go to the Capital on Jan 6th with any bad or negative intensions that day. He thought he was supporting his President and attending a rally. I have talked to him and know he realizes that he made a mistake and wishes he had not entered the Capital that day. I hope you will consider leniency with Pearce and his sentencing.

Pearce and I will always be friends. I hope and pray that you will give him a chance to redeem himself. Thank you for your consideration for leniency and mercy.


Sincerely,
Christopher Chamberlin

**Carina Laguzzi**

| | |
|---|---|
| From: | Denise Beard <harleyv88@icloud.com> |
| Sent: | Sunday, December 5, 2021 8:44 AM |
| To: | Carina Laguzzi |
| Subject: | Fwd: Leonard Pearce Ridge IV -letter |

Sent from my iPhone

Begin forwarded message:

**From:** Denise Beard <harleyv88@icloud.com>
**Date:** December 4, 2021 at 9:07:45 PM EST
**To:** www.cl@laguzzilaw.com
**Subject: Leonard Pearce Ridge IV -letter**

Your Honor Judge Boasberg,

    My name is Denise Beard and I am writing you this letter in reference to Leonard Pierce Ridge IV. Our families have been friends for over 42 years, therefore I have known Pearce all of his life. Since birth he has called me his aunt Denise even when he was old enough to realize that I wasn't truly his relative. He would seek out my advice and valued my opinion and learned to respect all persons despite those with opinions that may differ from his own. As he grew our families instilled in him the love of God, family and country. He is an intelligent and yet gentle soul who goes out of his way to assist family, friends and others at times of need. He has never engaged in any violent acts against others or property. Although I was not present January 6, I could never believe he would harm anyone or destroy any property. It is not in his upbringing or his character. I feel that he was an immature adult mind who was caught up in mob mentality. I know that he is sincerely sorry for trespassing that day and now understands the ramifications of his actions. He is not a domestic terrorist, but a young adult with much promise who made a mistake. Please consider this when sentencing and have mercy. Thank you for reading.

    Sincerely,
        Denise M. BEARD, MD

Sent from my iPhone

Bernard K. Mullen
10 Bellwood Drive
Upper Holland, PA 19053

December 5, 2021

Dear Judge Boasberg,

I am writing to you on behalf of Leonard P. Ridge IV. I am Pearce's Godfather and have known his father and family for around 50 years and Pearce for his entire life. I have no reservations whatsoever in providing you with this character reference.

I believe Pearce had a serious lapse of judgement and made a consequential mistake on January 6, 2021. He should be subject to judgement by the American judicial system. However, I firmly believe there are multiple compelling reasons for leniency.

The first mitigating factor that I hope you will take into consideration is that Pearce is a polite, respectful young man who, otherwise, is a law-abiding citizen. The best example of my conviction in the character of him and his family is that if I were to leave my wallet with Pearce or any member of his family, I would expect to find more, not less, money than when I left it. I know that behavior would extend to anyone he came into contact with, not just close friends and family.

Secondly, as I am sure you are aware, Pearse was 19 when he committed his offenses. That does not negate the need for him to face justice. However, I hope his youth will factor substantially in your consideration for leniency.

Next, at the risk of being philosophical, over the years I have come to realize that two of the most important personal characteristics to acquire are humility and the ability to learn from our mistakes. I believe Pearce will use this experience to rapidly escalate his acquisition of them and will ultimately benefit from their application.

Finally, it is my belief that Pearse is sincerely contrite about his actions on January 6, 2021 based on my recent conversation with him. He acknowledged his mistake, expressed his desire to learn from it and to be a productive, law-abiding citizen. Given my long friendship with his family and him and observing how they conduct themselves, I can write confidently that I believe he will succeed.

In conclusion, I respectfully request that you take the above mitigating factors into consideration when determining an appropriate sentence for Pearce. Thank you for allowing me the opportunity to write on behalf of Pearce and his family. Please feel free to contact me if you require further elaboration.

Respectively Yours,


Bernard K. Mullen

Dear reader, attorney, judge, or anybody involved with Pearce Ridge's case,

Pearce Ridge is a good friend of mine whom I've known since last year. We knew each-other through mutual friends, especially since he lived relatively close to another best friend of mine in the Philadelphia area. We never hung out more than a few times, but already I can say that he is a good, well rounded, solid guy with an incredibly mature attitude and behavior.

I was able to hang out with Pearce in early May as I live in New York City now and he doesn't live that far from me. He stayed at my apartment and went to church with my friends and I that weekend and had a great time. During all of that we walked around the city just talking about everyday life, and knowing Pearce, he is a guy you can talk to about anything and get nothing but an authentic conversation. Pearce told me how he and his dad manage property in PA and are basically landlords, and more about his career and experiences. It didn't take long at all over the last several months before that to really get to know him. I remember on one occasion we walked all across Central Park just talking exclusively about life and what our future plans were, experiences about the world, girlfriends, etc.

I was heartbroken to learn a few weeks later that Pearce was arrested and was being charged federally. When told that he risked fines and even jail, after literally being in New York with me less than two weeks before, I almost fell on the floor of my apartment. I was overcome with dread and could not believe what I was hearing. I felt and still feel nothing but concern and fear for my good friend who is absolutely the very last person deserving of any of this.

Anybody just sitting down and talking to Pearce for a short time would never guess that he'd ever be a guy to get in trouble with the law. He is the most chill, friendly, honest, and again, *authentic* person anybody could ever have the privilege of knowing. Whatever reason anybody would treat this man like a criminal is absolutely ridiculous. Since he's a good friend of mine who is my age, I can only imagine what it must be like to be in his horrifyingly awful position.

If you were to ever know Pearce, even as a guy to hang out with on a weekend in NYC, a guy to introduce to your friends and make lasting connections with, a guy to just talk to as a friend who would understand your hardships and be there for you as a buddy, he's a true friend who is my age and who has his whole life ahead of him and is the last person to be a "criminal" or be in court, for anything.

If there is any way that my words or anyone else's could establish some kind of mercy for the things he's accused of doing, please take them into the biggest consideration. He is the last person to deserve to be in this terrible position.

Thank you,

Caleb Wright

To: The Honorable Judge Boasberg,
From: Leonard Pearson Ridge IV
Subj: Request for Leniency for Leonard Pearson Ridge IV

Dear Honorable Judge Boasberg,

    I am Grant Ridge, brother of Leonard Pearson Ridge IV or as most people refer to him, Pearce. Growing up with him, I have seen the ins and outs of his personality, mannerisms and overall character. All throughout my life, I have seen him maintain a positive stature and quality towards those who he interacts with. He has always tried to and continues to be a virtue filled role model for me and many of his friends and family members.

    Throughout my childhood and current teenage life, I have made many positive memories with my brother. One that comes to mind is pretty recent. A friend of mine and Pearce's had fallen on hard times financially and had been out of house and home. Pearce went out of his way to help move items from his old residence to a storage unit. In addition to that he occasionally offers him a ride when he needs one and epitomizes some who can be relied on. Pearce has always been someone who offers help when needed. On multiple occasions he has helped his friends out financially and continues to do so. As of late he has been giving investing advice to many different people and giving them direction to make and develop a portfolio of their own. Pearce has always been giving and won't ever think twice with giving advice and food for thought. n

    Last year I was struggling with motivation for many facets of my life. I was doing poorly in school and didn't really apply myself to anything. The only person who really gave advice and helped me out of it was my brother. He influenced me to become a healthier person and gave me the motivation to dedicate myself to bettering the world around me. He's influenced me and many others to start going to the gym and start exercising regularly. Wanting what's best for others has always been in his nature and it shows every day.

    It's a common occurrence to see him pay for his friends' food or help with whatever small financial help they need at the moment. Pearce is a devoted Christian who puts his faith before most things in his life. You can see this through his actions and his overall treatment of people including strangers. This faith helps with realizations of people's mistakes and his own along with acceptance of and learning from them.

    As Pearce's brother, I will always have his back so he is never alone. I love my brother and I hope and pray that you will give a chance to redeem himself. He knows he made a mistake and I know he has learned a lesson. Thank you for your consideration for leniency.


Sincerely,
Grant Ridge

To: The Honorable Judge Boasberg,
From: Austin Arnold

Subj: Request for Leniency for Leonard Pearson Ridge IV

Dear Honorable Judge Boasberg,

I am Austin Arnold, a friend of Leonard Pearson Ridge IV and we have known one another since high school.  Pearce is a caring, humble, family oriented, person who always tries to help anyone who needs it. Pearce is always striving to do the right thing. He is a motivational person and is always trying to improve himself and his friends like going to the gym and improving the way he eats.

We are young and sometimes we may make mistakes as young adults and let others influence us. I believe Pearce did not go to the Capital on Jan 6th with any harmful intensions that day but thought he was supporting his President. He realizes that he made a mistake and wishes he had taken a different path. I hope you will consider leniency with Pearce's sentencing.

Pearce and I will always be friends and have a mutual respect one another. I hope and pray that you will give him a chance to redeem himself. Thank you for your consideration for leniency and mercy.


Sincerely,
Austin Arnold

## THE LAW OFFICE OF SMITH AND PORTER, P.C.

**The Stocking Works**
**301 South State Street**
**Suite E-100**
**Newtown, PA 18940-1997**

Phone: 215.860.6641

Fax: 215.860.5171

Craig A. Smith, Esquire
Direct Dial: 215.860.9756
csmith@smithandporter.com

Catherine Anne Porter, Esquire*
Direct Dial: 215.860.6641
caporter@smithandporter.com
*Admitted in PA & NJ

December 6, 2021

District Judge James E. Boasberg
United States District Court for the District of Columbia
  Judges' Chambers
333 Constitution Avenue N.W.
Washington D.C. 20001

Re: Sentencing Hearing for L. Pearce Ridge, IV

To the Honorable Judge Boasberg:

Please be advised that I have represented the Ridge Family's business concerns and advised on business succession planning for many years, starting with Pearce's great uncle and grandmother and now with his parents. As a result I have known Pearce since he was a young child. While my knowledge is from a distance, I have listened to proud grandparents and parents discussing his growth, achievements and adjustment to life's difficulties. Like other family members, he has expressed an interest in and participated in the political process, at a municipal, county and state level and like many in his family, enjoys and is invigorated by political discourse.

I know he was excited to be able to go to Washington D.C. on January 6th to listen to President Trump, the first president he actively supported and to exercise his right of peaceful assembly. I know he regrets joining the crowds that entered the Capitol and not stopping to think that what they were doing might not be appropriate. I am sure it never crossed his mind that it might not be legal as if it did, I do not think he would have entered. He is a very principled young man, who is generally very careful about his behavior and his respect for the legal system. I know he is seriously upset and saddened by his behavior and his failure to think independently, its impact on his family and on his and their reputations, and the lasting effect it will have on his future. He never dreamed he would ever have to answer the application question "Have you ever been arrested?" in the affirmative.

I respectfully request that Your Honor show Pearce mercy, indulgence for his youth and leniency. I think Your Honor can safely be assured that he will not ever see Pearce before his bench or any other bench of the bar again.

Respectfully submitted,

Catherine Anne Porter
CAP/mmi

# Carina Laguzzi

**From:** Brad <Bradleyv@comcast.net>
**Sent:** Sunday, December 19, 2021 6:29 AM
**To:** Carina Laguzzi
**Subject:** Pearce Ridge

This message was sent two weeks ago but was never received. I am writing on the behalf of my neighbor Pearce who has always been a helpful and upstanding in our local community. I hopefully urge your leniency in this trial. Young enthusiastic men or rarity in today's culture unfortunately Pierce got caught up in a situation beyond his control as emotions run deep. On behalf of myself and my family we know that this young man is of only upstanding values caught in political posturing thank you Bradley Christian Vogt

Sent from my iPhone.

1