IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| V. | : | CRIMINAL NO. |
| | : | |
| LEONARD PEARSON RIDGE, IV | : | 21-406 |

**PETITION FOR EARLY TERMINATION OF SUPERVISED RELEASE**

Defendant Leonard Pearson Ridge IV, by and through his attorney, Carina Laguzzi, hereby submits this Petition for Early Termination of Supervised Release. In support thereof, Mr. Ridge submits the following for the Court's consideration:

1. On Date, Mr. Ridge pled guilty to Count Two of the Indictment, specifically Entering and Remaining in a Restricted Building or Grounds, in violation of 18 U.S.C. § 1752(a)(1).

2. On January 4, 2022, after a full and complete hearing, this Honorable Court sentenced Mr. Ridge to a term of imprisonment of fourteen (14) days with a term of supervised release of one (1) year. See Docket Doc. No. 36.

3. As part of the conditions of supervised release, this Court imposed a total of 100 hours of community service on the defendant.

4. After imposing the sentence, the Court noted that upon completion of the community service, Mr. Ridge could petition this Court for early termination of supervised release.

5. Mr. Ridge has completed all 100 hours of community service. See attached letter referenced hereto as Exhibit "A."

6. In addition, Mr. Ridge was ordered to pay $1,510.00 in restitution and fees. See Page 9, Doc. No. 36. Mr. Ridge has made said payment and it has been received by the Court.[1]

7. Mr. Ridge has had no issues either during his term of pre-trial release, nor during the time after his release from prison.

8. Defendant Petitioner therefore request this Court to grant him final disposition in this case and terminate supervised release.

Respectfully submitted,

*/s/ Carina Laguzzi*
CARINA LAGUZZI, ESQ.
Counsel for Defendant Ridge

DATED: July 1, 2022

---

[1] Check No. 154 paid 01/07/2022 in the amount of $500.00. Check No. 155 Paid 01/07/2022 in the amount of $1,010.00.

**CERTIFICATE OF SERVICE**

I, CARINA LAGUZZI, certify that on this 1st day of July, 2022, I have served a copy of the attached defendant's Petition for Early Termination of Supervised Release via electronic filing, thus making it available for downloading and printing, upon the following parties:

| | |
|---|---|
| Michael Friedman<br>Assistant United States Attorney<br>555 4th Street NW<br>Washington, D.C. 20530 | The Honorable James E. Boasberg<br>U.S. District Court<br>333 Constitution Avenue NW<br>Washington, D.C. 20001 |
| Danielle Rosborough<br>Assistant United States Attorney<br>555 4th Street NW<br>Washington, D.C. 20530 | |

/s/ Carina Laguzzi
CARINA LAGUZZI, ESQUIRE
Attorney for Defendant Ridge