

**Sharing food and friendship**

To Whom It May Concern,

      This letter is to confirm that *Leonard Pearson Ridge* volunteered with Caring for Friends for a total of _100_ hour. We are incredibly grateful for their willingness to serve at our organization that seeks to assist seniors and disabled individuals who are in need of food assistance in the Philadelphia region. Activities include meal delivery drop offs, food packaging, meal preparation, front-office assistance, warehouse organization, client communications and more. *Leonard* was especially helpful in *our warehouse operations*.

For further questions/information, please do not hesitate to contact us at breagan@caringforfriends.org.

Sincerely,

*Danielle Flynn*
Volunteer Coordinator



**Sharing food and friendship**

*12271 Townsend Road, Philadelphia PA 19154 | (215) 464-2224*