IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| V. | : | CRIMINAL NO. |
| | : | |
| LEONARD PEARSON RIDGE, IV | : | 21-406 |

**REPLY TO GOVERNMENT'S RESPONSE OPPOSING DEFENDANT'S PETITION FOR EARLY TERMINATION OF SUPERVISED RELEASE**

      The government's only contention to opposing the Defendant's Petition for Early Termination of Supervised Release is based on being "untimely." See Response at Pages 2-3. In support, the government cites United States v. Epps, 707 F.3d 337 (D.C. Cir. 2013). Although the government may be correct under 18 U.S.C. § 3583(e)(1), it does not relinquish discretion and authority of this Court to grant the Defendant's request under 18 U.S.C. §3583(e)(2). The government's own case agrees:

> Additionally, 18 U.S.C. § 3583(e)(2) provides an avenue by which the district court "may modify, reduce, or enlarge the conditions of supervised release, *at any time prior to the expiration or termination of the term* of supervised release." *Id*. (emphasis added). While Epps has moved for a § 3583(e)(1) termination, *see* Appellant's Supp. Br. at 2, nothing prevents him from moving, in the alternative, for a reduction pursuant to § 3583(e)(2). The only temporal restriction associated there is that the judicial action must occur, logically, prior to the term's termination or expiration."
> Id. at .344

Specifically, 18 U.S.C. § 3583(e) provides the following:

**18 U.S.C. § 3583- Inclusion of a term of supervised release after imprisonment**
**(e)MODIFICATION OF CONDITIONS OR REVOCATION.**—The court may, after considering the factors set forth in section 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7)—
**(1)**
terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice;
**(2)**
extend a term of supervised release if less than the maximum authorized term was previously imposed, and may modify, reduce, or enlarge the conditions of supervised release, at any time prior to the expiration or termination of the term of supervised release, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation and the provisions applicable to the initial setting of the terms and conditions of post-release supervision;

Therefore, as the Defendant's petition is not premature and the government has cited no reason for the request to be denied, the relief sought should be granted.

    Respectfully submitted,

    /s/ Carina Laguzzi
    CARINA LAGUZZI, ESQ.
    Counsel for Defendant Ridge

DATED: July 13, 2022

**CERTIFICATE OF SERVICE**

      I, CARINA LAGUZZI, certify that on this 13th day of July, 2022, I have served a copy of the attached defendant's Reply to the Government's Response Opposing his Petition for Early Termination of Supervised Release via electronic filing, thus making it available for downloading and printing, upon the following parties:

Michael Friedman
Assistant United States Attorney
555 4th Street NW
Washington, D.C. 20530

Danielle Rosborough
Assistant United States Attorney
555 4th Street NW
Washington, D.C. 20530

The Honorable James E. Boasberg
U.S. District Court
333 Constitution Avenue NW
Washington, D.C. 20001

/s/ Carina Laguzzi
CARINA LAGUZZI, ESQUIRE
Attorney for Defendant Ridge

3